The following constitutes
the order of the court. Signed May 24, 2013

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
In re                                     Case No. 10-74245 MEH
WILLIAM EDGAR DAVIS,                      Chapter 7

_____Debtor/

ZELMA STENNIS AND
KEVIN STENNIS,                            Adv. No. 11-04066 AH
                Plaintiffs
v.
WILLIAM EDGAR DAVIS,

_____Defendant/
```

SUPPLEMENTAL MEMORANDUM DECISION

On October 12, 2012, the court issued its Memorandum Decision granting Plaintiffs' motion for partial summary judgment in part and denying it in part and denying Defendant's motion for summary judgment (docket no. 143). On January 23, 2013, the court amended its October 12, 2012 Memorandum Decision (docket no. 166) ("Amended Memorandum Decision") to include the portion of the state court attorney fee award attributable to the claims found to be non-

dischargeable. In the Amended Memorandum Decision the court determined that Defendant's obligation to Plaintiff Zelma Stennis in the amount of $270,648.18 is nondischargeable.

Within the context of a renewed motion to dismiss (docket nos. 190 and 191), Defendant requested the court to reconsider two issues previously addressed by the court: (1) calculation of the damages award determined non-dischargeable and (2) the date upon which interest begins to accrue.

Reconsideration of Damages Award

Defendant requested the court amend its decision to reduce the amount of the non-dischargeable judgment to $113,103.18. Defendant based this request on the state court's July 1, 2010 minute order ("Minute Order").

The judgment on the special verdict of the Los Angeles Superior Court (the "Judgment") (docket no. 119-3) set out a specific amount of damages for each individual cause of action. The total Judgment award, however, was not the sum of all individual amounts of damages, but a reduced sum of $363,103.18, not including attorney's fees and costs. The Judgment does not specify why the total award was different than the sum of all individual damage awards.

The Minute Order shows that Superior Court Judge Rose Hom questioned the total amount of damages awarded by the jury. Based on the jury instructions Judge Hom computed $363,103.18 as the

total amount of damages to be awarded, explaining that "[t]he $20,000 awards are counted once".

Based on the Minute Order, this court will amend its decision to reflect that the amount of $113,103.18 is determined non-dischargeable.

Post-Judgment Interest

The court finds interest on the damages award of $113,103.18 is to accrue from the date of the entry of the state court judgment on July 22, 2010. Interest on the attorney's fees and costs award of $137,545 is to accrue from the date of entry of the state court minute order on September 6, 2011.

Correction of Error in Subtotal

In reviewing the issues raised, the court noted that the subtotal of attorney's fees and costs stated in the January 23, 2013 Amended Memorandum Decision on page 17, line 18 is incorrect. For purposes of clarification, $131,945 in attorney's fees and $5,600 in costs relate to nondischargeable claims. Thus, the total fee award of $137,545 is determined to be nondischargeable in addition to the $113,103.18 determined to be nondischargeable.

## Conclusion

Plaintiff Zelma Stennis is entitled to judgment of a non-dischargeable claim against Defendant in the total amount of $250,648.18, with interest thereon as follows:

- interest on the damages award of $113,103.18 at the applicable legal rate from the date of entry of the state court judgment on July 22, 2010 and
- interest on the attorney's fees and costs award of $137,545 at the applicable legal rate from the date of entry of the minute order on September 6, 2011.

The remainder of the state court judgment obtained by Plaintiff Zelma Stennis or Plaintiff Kevin Stennis, and associated attorney's fees and costs awarded by the state court, are therefore discharged. The court will issue a separate judgment.

**END OF MEMORANDUM DECISION**

COURT SERVICE LIST

Helaine Hatter
Law Offices of Helaine Hatter
9400 National Blvd. #1
Los Angeles, CA 90034


William Edgar Davis
POB 213
Walnut Creek, CA 94597